IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

YADKIN RIVERKEEPER, INC., AND )
WATERKEEPER ALLIANCE, INC., )
)
       Plaintiffs, )
)
v. )
)
DUKE ENERGY CAROLINAS, LLC, )
)
       Defendant. )
_____ )

**INDEX OF EXHIBITS TO COMPLAINT**

| Ex. No. | Description |
|---|---|
| 1 | 60-day Notice of Intent to Sue |
| 2 | Declaration of Gayle Tuch |
| 3 | Affidavit of Terri Burnham |
| 4 | Affidavit of Chuck Melton |
| 5 | Affidavit of Donna Lisenby |
| 6 | Declaration of Tyson Beaver |